THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH PITTMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>    Defendant. | Civil Action No. 1:25-cv-00771-KMN<br><br>(Judge Keli M. Neary) |

## JOINT STATUS REPORT

Based upon the Court's September 29, 2025 Order (ECF No. 11), Defendant The Hershey Company and Plaintiff Keith Pittman (collectively, the "Parties"), by and through their undersigned counsel, jointly submit the following Status Report:

1. The Parties attended a private mediation with an agreed-upon mediator on November 24, 2025.

2. The Parties reached agreement on all material terms and are working diligently to finalize the written settlement agreement. Upon finalization of the written settlement agreement, the Parties will promptly file approval papers with the Court.

3. Accordingly, the Parties respectfully request that all case management deadlines remain stayed pending finalization of the written settlement agreement and the filing of approval papers.

4. No prejudice will result to any party from the continued stay and substantial justice would be advanced with the additional time within which the Parties can prepare the necessary documents.

| | |
|---|---|
| Dated: December 17, 2025 | Respectfully submitted, |
| */s/ Derrek W. Cummings* | */s/ Eric C. Kim* |
| Derrek W. Cummings (PA I.D. 83286)<br>Larry A. Weisberg (PA I.D. 83410)<br>2704 Commerce Drive, Suite B<br>Harrisburg, PA 17110-9380<br>Telephone:+1.717.238.5707<br>Facsimile:+1.717.233.8133<br>dcummings@weisbergcummings.com<br>lweisberg@weisbergcummings.com<br><br>J. Russ Bryant (*pro hac vice forthcoming*)<br>262 German Oak Drive<br>Memphis, Tennessee 38018<br>Telephone:+1.901.754.8001<br>Facsimile:+1.901.754.8524<br>rbryant@jsyc.com<br><br>*Attorneys for Plaintiff*<br>*Keith Pittman* | Eric C. Kim (PA I.D. 316245)<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Telephone:+1.215.963.5000<br>Facsimile:+1.215.963.5001<br>eric.kim@morganlewis.com<br><br>*Attorney for Defendant*<br>*The Hershey Company* |

2

## **CERTIFICATE OF SERVICE**

    I, Eric C. Kim, hereby certify that a true and correct copy of the foregoing was filed electronically on December 17, 2025, and is available to all counsel of record for viewing and downloading from the ECF system.

                                                   */s/ Eric C. Kim*
                                                     Eric C. Kim